IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
QIJUAN LI and BRIAN S.           )
HELMOWSKI,                       )
                                 )
          Plaintiffs,            )         8:07CV50
                                 )
     v.                          )
                                 )
MICHAEL CHERTOFF, SECRETARY,     )         ORDER
U.S. DEPARTMENT OF HOMELAND      )
SECURITY; EMILIO T. GONZALES,    )
DIRECTOR U.S. CITIZENSHIP        )
& IMMIGRATION SERVICES;          )
CAROLINE PRATT, DISTRICT         )
DIRECTOR, U.S. CITIZENSHIP       )
& IMMIGRATION SERVICES FOR       )
OMAHA, NEBRASKA; and ROBERT      )
S. MULLER, III, DIRECTOR OF      )
FEDERAL BUREAU OF                )
INVESTIGATION,                   )
                                 )
          Defendants.            )
_____)
```

This matter is before the Court after review of the status report filed by defendants (Filing No. 28).

IT IS ORDERED that plaintiffs shall show cause, in writing, on or before October 5, 2007, why this action should not be dismissed in view of the action taken by defendants.

DATED this 17th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
       LYLE E. STROM, Senior Judge
       United States District Court