IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
QIJUAN LI and BRIAN S.            )
HELMOWSKI,                        )
                                  )
            Plaintiffs,           )         8:07CV50
                                  )
      v.                          )
                                  )
MICHAEL CHERTOFF, SECRETARY,      )         ORDER
U.S. DEPARTMENT OF HOMELAND       )
SECURITY; EMILIO T. GONZALES,     )
DIRECTOR U.S. CITIZENSHIP         )
& IMMIGRATION SERVICES;           )
CAROLINE PRATT, DISTRICT          )
DIRECTOR, U.S. CITIZENSHIP        )
& IMMIGRATION SERVICES FOR        )
OMAHA, NEBRASKA; and ROBERT       )
S. MULLER, III, DIRECTOR OF       )
FEDERAL BUREAU OF                 )
INVESTIGATION,                    )
                                  )
            Defendants.           )
_____)
```

This matter is before the Court on the joint motion to vacate judgment and dismiss complaint (Filing No. 30). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the judgment entered on July 19, 2007 (Filing No. 21) is vacated; plaintiffs' complaint is dismissed, each party to pay their own costs.

DATED this 4th day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court